**Order entered January 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00038-CV

### BASIL BROWN, Appellant

### V.

### ROBERT HAWKINS, Appellee

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 16C-0127**

## ORDER

By letter dated January 29, 2019, the Court instructed appellant, a vexatious litigant, to file, by February 8, written verification that he has obtained an order from the local administrative judge permitting the filing of this appeal and cautioned him that failure to comply may result in dismissal of the appeal without further notice. Before the Court is the January 29, 2019 request of Shelly Etheridge, Official Court Reporter for County Court at Law No. 1, for an extension of time to file the reporter's record. We **GRANT** the request as follows. We **SUSPEND** the current deadline for the reporter's record. The deadline will be reset if appellant provides the written verification as requested in the January 29th letter.

/s/    BILL WHITEHILL
          JUSTICE